# First District Court of Appeal
## State of Florida

_____

No. 1D2025-1435

_____

Marcus Isom,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

May 19, 2026

Per Curiam.

Affirmed.

Bilbrey, Kelsey, and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marcus Isom, pro se, Appellant.

James Uthmeier, Attorney General, and Amanda Uwaibi, Assistant Attorney General, Tallahassee, for Appellee.